NEW YORK TRAP ROCK CORPORATION et al., Appellants, *v.* NATIONAL BANK OF FAR ROCKAWAY, Respondent.

Argued April 7, 1941; decided May 22, 1941.

*Daniel Combs* for appellants.

*Carl E. Peterson* for respondent.

*F. W. H. Adams* and *John C. Morrissey* for New York State Bankers Association, *amicus curiæ.*

*Per Curiam.* We agree that regardless of the construction of the scope and the effect of section 25-a of the Lien Law. no action at law can be brought by a single creditor. The determination of the construction and effect of section 25-a must await a case in which such question is necessarily presented.

Judgment affirmed, with costs.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.